### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES HALL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-CV-965-JPG |
| KAYDIE JORDAN, | ) |
| Defendant. | ) |

### ORDER

**GILBERT, District Judge:**

This Court ordered Hall to show cause on or before July 7, 2006 why this case should not be dismissed for his failure to prosecute. Hall has failed to respond. Therefore, the Court **DISMISSES** this case **WITH PREJUDICE**. The Clerk of Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

**Dated: July 31, 2006.**

    s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. District Judge**