# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES HALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04-CV-965-JPG |
| DR. CHANDRA and KAYDIE JORDAN, | ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** The Court having dismissed Charles Hall's claims against Dr. Chandra on threshold review and Hall's remaining claims against Kaydie Jordan for his failure to prosecute,

**IT IS ORDERED AND ADJUDGED** that all Charles Hall's claims against Dr. Chandra and Kaydie Jordan in this case are **DISMISSED WITH PREJUDICE**.

**DATED: July 31, 2006.**

           **NORBERT G. JAWORSKI, CLERK**

           **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:  s/ J. Phil Gilbert**
              **J. PHIL GILBERT**
              **U.S. District Judge**